IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FANNIE MAE,

    Plaintiff,

vs.

NICHOLAS BLAIN & SCOTT SANDERS,

    Defendants.

No. 2:13-cv-106 JAM KJN PS

ORDER

/

On January 23, 2013, the magistrate judge filed findings and recommendations (dkt. no. 4) which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days.  No objections were filed.

Accordingly, the court presumes that any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

1

IT IS HEREBY ORDERED that:

    1. The findings and recommendations (dkt. no. 4) are ADOPTED.

    2. The action is REMANDED to the San Joaquin County Superior Court.

    3. The Clerk of Court is directed to serve a certified copy of this order on the Clerk of the San Joaquin County Superior Court, and reference the state case number (39-2012-00289872-CL-UD-LOD) in the proof of service.

    4. The Clerk of Court is directed to close this case and vacate all dates.

DATED: March 18, 2013

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE